# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-4174
Lower Tribunal No. 2017-CF-12306-B-O

_____

JARVIS JEROME FELDER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Luis F. Calderon, Judge.

October 21, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and NARDELLA and MIZE, JJ., concur.


Jarvis Jerome Felder, Mayo, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF TIMELY FILED